# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

24 HOUR FITNESS USA, INC., *et al.*,   )
                    Petitioners,   )    Case No. 2:11-cv-01944-ECR-GWF
vs.   )    **ORDER OF RECUSAL**
JESSICA FOLEY,   )
                    Respondent.   )

    The undersigned United States Magistrate Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned. Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a).

    Based on the foregoing and good cause appearing therefor,

    **IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another Magistrate Judge.

    DATED this 13th day of December, 2011.

_____
GEORGE FOLEY, JR.
U.S. MAGISTRATE JUDGE