UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| 24 HOUR FITNESS USA, INC., et al., ) <br> ) <br>         Petitioners, ) <br> vs. ) <br> ) <br> JESSICA FOLEY, ) <br> ) <br>         Respondent. ) <br> _____ ) | Case No.: 2:11-cv-01944-GMN-VCF <br><br> **ORDER** |

Pursuant to the Notice (ECF No. 24) filed by Petitioners 24 Hour Fitness USA, Inc. and Sport and Fitness Clubs of America, Inc., and good cause appearing,

**IT IS HEREBY ORDERED** that this action is **STAYED** until the Order Re: Special Master's Report and Recommendation issued by Judge Samuel Conti of the United States District Court for the Northern District of California on July 5, 2012, becomes final or is appealed and thereafter becomes final.

**IT IS FURTHER ORDERED** that any motions currently pending in this action are **DENIED without prejudice**.

**DATED** this 2nd day of October, 2012.

_____
Gloria M. Navarro
United States District Judge